THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CASEY DWAIN CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>PROVO POLICE DEP'T et al.<br><br>    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:24-CV-75-DAK<br><br>District Judge Dale A. Kimball |

    In this prisoner civil-rights action, on June 11, 2024, the Court ordered Plaintiff to within thirty days "SHOW CAUSE why this case should not be dismissed for Plaintiff's failure to pay his initial partial filing fee (IPFF) of $6, required to be filed within thirty days of the Court's Order of April 12, 2024." (ECF Nos. 8, 13.) Plaintiff has not paid the IPFF. (ECF No. 13.)

    IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

    DATED this 31st day of July 2024.

                  BY THE COURT:

                                        _____
                                        DALE A. KIMBALL
                                        United States District Judge